Charles Dawson, et al., Plaintiffs-Appellants, v. Board of Appeals of the City of Chicago and Alice Mae Zemke, Defendants-Appellees.

Gen. No. 48,903. 

First District, Second Division.

April 23, 1963.

Braden, Hall, Barnes & Moss, of Chicago (Zedrick T. Braden, Jr., of counsel), for appellants; Fred Ginsburg, of Chicago, for Alice Mae Zemke, appellee; John C. Melaniphy, Corporation Counsel, of Chicago (Sydney R. Drebin, Assistant Corporation Counsel, of counsel), for Board of Appeals of Chicago, one of the appellees. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.